UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| KIM NUNAMAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00049-RLY-MPB |
| | ) | |
| THRYV, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR VIRTUAL SETTLEMENT CONFERENCE**
**HON. MATTHEW P. BROOKMAN, MAGISTRATE JUDGE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, virtually via Zoom, at 1:00 p.m. (CST), on January 19, 2022, for a conference under Rule 16, Federal Rules of Civil Procedure. The parties were present and represented by counsel.

A settlement has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are **VACATED**.

Within thirty (30) days of the date of this entry, counsel for the Plaintiff shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

**SO ORDERED.**

Dated: January 20, 2022

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

1

**Served electronically on all ECF-registered counsel of record.**