UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KIM NUNAMAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THRYV, INC.,<br><br>　　　　　Defendant. | Case No. 3:21-cv-00049-RLY-MPB |

**<u>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

This matter, having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court being duly advised in the premises, hereby GRANTS said joint stipulation.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the suit filed by Plaintiff, Kim Nunamaker, against Defendant, Thryv, Inc., is hereby dismissed, with prejudice, with each party to bear its own fees and costs.

SO ORDERED this 15th day of February 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD L. YOUNG, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via
e-mail generated by the Court's ECF system